UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY K. TUCKER AND
REBECCA TUCKER,
        Plaintiff(s),

v.

WRIGHT MEDICAL GROUP, INC.,
WRIGHT MEDICAL TECHNOLOGY, INC.,
AND DOES 1 THROUGH 10, INCLUSIVE,
        Defendant(s).

CASE NO. 3:15-CV-03930-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

**Private Process:**
- X   Private ADR *(please identify process and provider)* Private mediation

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- X   other requested deadline 150 days, to allow parties to engage in discovery.

Dated: 11-10-15

_____
Attorney for Plaintiff
Joe Fagundes
MALM FAGUNDES, LLP

Dated: 11/10/15

_____
Attorney for Defendant
Michelle Gillette
MINTZ LEVIN COHEN FERRIS
GLOVSKY AND POPEO PC

CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/12/2015

*Haywood S. Gill, Jr.*

UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11