UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., et al., <br><br> Defendants. | Case No. 15-cv-03930-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on December 1, 2015. The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Mediation | May 6, 2016 |
| Deadline to Complete Initial Expert Disclosures | May 20, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | June 3, 2016 |
| Close of Fact & Expert Discovery | June 17, 2016 |
| Deadline to Hear Dispositive Motions | August 4, 2016 at 2:00 p.m. |
| Pretrial Conference | November 1, 2016 at 3:00 p.m. |
| Jury Trial | November 14, 2016 at 8:30 a.m. 7 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 12/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge