IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., WRIGHT MEDICAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:15-CV-03930-HSG<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF WRIGHT MEDICAL GROUP, INC.**<br><br>Judge Haywood S. Gilliam, Jr.<br><br>Removed to Federal Court:  August 27, 2015<br>State Court Action Filed:  July 23, 2015 |

　　　Based upon the stipulation of the parties,

　　　IT IS HEREBY ORDERED that Plaintiffs' present action against Defendant Wright Medical Group, Inc. is hereby dismissed with prejudice as before this Court.

　　　IT IS FURTHER ORDERED that Defendant Wright Medical Group, Inc. has waived and released Plaintiffs from any and all costs and attorneys' fees arising from Plaintiffs' claims against Defendant Wright Medical Group, Inc.

Dated:  December 3, 2015　　　　　　　By: /s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　The Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge