# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER AND REBECCA TUCKER <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., AND DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No:  3:15-CV-03930-HSG

**APPLICATION FOR ADMISSION OF MICHAEL V. KELL *PRO HAC VICE*** (CIVIL LOCAL RULE 11-3)

I, Michael V. Kell, an active member in good standing of the bar of the Federal District Court for the Eastern District of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California, representing Wright Medical Technology, Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Herling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Howard & Howard <br> 450 West Fourth Street <br> Royal Oak, Michigan 48067 | Mintz Levin Cohn Ferris Glovsky and Popeo PC <br> 44 Montgomery Street, 36th Floor <br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 645-1483 | (415) 432-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mkell@howardandHoward.com | DJHerling@mintz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is P15805.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  December 21, 2015                                 */s/ Michael V. Kell*
_____
                                                    MICHAEL V. KELL

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael V. Kell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   12/23/2015                 _____
                                    UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

# *Michael V. Kell*

*was duly admitted to practice in this Court on 12/23/1970,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 12/17/2015.*

**David J. Weaver**
**Clerk**

**Deputy Clerk**

1  Daniel J. Herling (SBN 103711)
   djherling@mintz.com
2  Michelle Gillette (SBN178734)
   mgillette@mintz.com
3  Mina Nasseri (SBN 274648)
   mnasseri@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
   44 Montgomery Street, 36th Floor
5  San Francisco, CA  94104
   Telephone:   415.432.6000
6  Facsimile:    415.432.6001

7  Attorneys for Defendants,
   WRIGHT MEDICAL TECHNOLOGY, INC.

8

9             IN THE UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11  GREGORY K. TUCKER and REBECCA          Case No. 4:15-CV-03930-HSG
    TUCKER,
12                                         **CERTIFICATE OF SERVICE**
             Plaintiffs,
13
    vs.
14
    WRIGHT MEDICAL TECHNOLOGY, INC.,
15  and DOES 1 through 10, inclusive,

16           Defendants.

17

18      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and

19  not a party to the within action.  My business address is Mintz Levin Cohn Ferris Glovsky and Popeo,

20  P.C., 44 Montgomery Street, 36th Floor, San Francisco, California 94104.

21      I am readily familiar with the business practice at my place of business for collection and

22  processing of correspondence for personal delivery, for mailing with United States Postal Service, for

23  facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

24      On December 22, 2015, I caused a copy of the following documents:

25      • **APPLICATION FOR ADMISSION OF MICHAEL V. KELL *PRO HAC VICE***

26      • **CERTIFICATE OF GOOD STANDING**

27

28

CERTIFICATE OF SERVICE                           1                           3:15-CV-03930-HSG

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Joseph Fagundes, Esq.                    *Attorneys for Plaintiffs*
Amber Lance, Esq.
Malm Fagundes LLP
6 South El Dorado Street, Suite 315
Stockton, CA 95202

☒       **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Mintz Levin in San Francisco, California on December 22, 2015.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

☒       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on December 22, 2015, at San Francisco, California.

Dodie Fontano                            _Dodie Fontano_
                                         (Signature)