**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY K. TUCKER AND REBECCA TUCKER<br><br>Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No:  3:15-CV-03930-HSG<br><br>**APPLICATION FOR ADMISSION OF MARY C. DIRKES** *PRO HAC VICE*<br>(CIVIL LOCAL RULE 11-3) |

I, Mary C. Dirkes, an active member in good standing of the bar of the United States District Court for the Eastern District of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California, representing Wright Medical Technology, Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Herling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Howard & Howard<br>450 West Fourth Street<br>Royal Oak, Michigan 48067 | Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 645-1483 | (415) 432-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mdirkes@howardandhoward.com | djherling@mintz.com |

1    I am an active member in good standing of a United States Court or of the highest court
2 of another State or the District of Columbia, as indicated above; my bar number is P42723.
3    A true and correct copy of a certificate of good standing or equivalent official document
4 from said bar is attached to this application.
5    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
6 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution
7 Local Rules.
8    *I declare under penalty of perjury that the foregoing is true and correct.*
9 Dated:  March 10, 2016                                         */s/ Mary C. Dirkes*
10                                                                         Mary C. Dirkes, Esq.

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mary C. Dirkes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  3/17/2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

---

*PRO HAC VICE* APPLICATION OF MARY C. DIRKES & ORDER                    Case No. 3:15-CV-03930-HSG

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

# *Mary C. Dirkes*

*was duly admitted to practice in this Court on 12/12/1989, and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 03/07/2016.*

**David J. Weaver**
Clerk

*[signature]*
**Deputy Clerk**

1  Daniel J. Herling (SBN 103711)
   djherling@mintz.com
2  Michelle Gillette (SBN178734)
   mgillette@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
   44 Montgomery Street, 36th Floor
4  San Francisco, CA  94104
   Telephone:    415.432.6000
5  Facsimile:    415.432.6001

6  Attorneys for Defendant
   WRIGHT MEDICAL TECHNOLOGY, INC.
7

8                      IN THE UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | GREGORY K. TUCKER and REBECCA TUCKER, | Case No. 4:15-CV-03930-HSG |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | Judge Haywood S. Gilliam, Jr. |
| WRIGHT MEDICAL TECHNOLOGY, INC., and DOES 1 through 10, inclusive, | Complaint Filed:  June 23, 2015 |
| Defendants. | |

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., 44 Montgomery Street, 36th Floor, San Francisco, California 94104.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 10, 2016, I caused a copy of the following documents:

- **APPLICATION FOR ADMISSION OF MARY C. DIRKES *PRO HAC VICE*; and**
- **CERTIFICATE OF GOOD STANDING**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Joseph Fagundes, Esq.
Amber Lance, Esq.
Malm Fagundes LLP
6 South El Dorado Street, Suite 315
Stockton, CA 95202
*(attorneys for Plaintiffs)*

**Via U.S. Mail:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth herein. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury of the laws of the United States that the above is true and correct. Executed on March 10, 2016 at San Francisco, California.

By: /s/ Sarah Strickland
Sarah Strickland

46523165v.1