1  Daniel J. Herling (SBN 103711)
   djherling@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO
   44 Montgomery Street, 36th Floor
3  San Francisco, CA  94104
   Telephone:    415.432.6000
4
   David C. Van Dyke (SBN 294892)
5  dvandyke@howardandhoward.com
   HOWARD & HOWARD ATTORNEYS PLLC
6  200 S. Michigan Avenue, Suite 1100
   Chicago, IL 60604
7  Telephone:    312.372.4000

8  Mary C. Dirkes (*admitted pro hac vice*)
   mdirkes@howardandhoward.com
9  Michael O. Fawaz (*admitted pro hac vice*)
   mfawaz@howardandhoward.com
10 Michael Kell (*admitted pro hac vice*)
   mkell@howardandhoward.com
11 HOWARD & HOWARD ATTORNEYS PLLC
   450 West Fourth Street
12 Royal Oak, MI 48067
   Telephone:    248.645.1483
13
   Attorneys for Defendant Wright Medical Technology
14
   Joseph H. Fagundes (SBN 95264)
15 joef@cmf-law.com
   Amber Lance (SBN 281002)
16 amberl@cmf-law.com
   MALM FAGUNDES LLP
17 6 South El Dorado Street, Suite 315
   Stockton, CA 95202
18 Telephone:    209.870.7900

19 Attorneys for Plaintiffs

20                IN THE UNITED STATES DISTRICT COURT

21           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER, | Case No. 3:15-CV-03930-HSG |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL DEADLINES** |
| vs. | **[Local Rule 6-2]** |
| WRIGHT MEDICAL TECHNOLOGY, INC., and DOES 1 through 10, inclusive, | Judge Haywood S. Gilliam, Jr. |
| Defendants. | Complaint Filed:  June 23, 2015 |

STIPULATION AND PROPOSED ORDER
Case No. 3:15-CV-03930-HSG

WHEREAS, on December 22, 2015, the Court set forth the following case deadlines in its Scheduling Order (Dkt. 22):

| Event | Date |
|---|---|
| Deadline to Complete Mediation | May 6, 2016 |
| Deadline to Complete Initial Expert Disclosures | May 20, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | June 3, 2016 |
| Close of Fact & Expert Discovery | June 17, 2016 |
| Deadline to Hear Dispositive Motions | August 4, 2016 at 2:00 p.m. |
| Pretrial Conference | November 1, 2016 at 3:00 p.m. |
| Jury Trial | November 14, 2016 at 8:30 a.m., 7 days |

WHEREAS, Plaintiffs Gregory K. Tucker and Rebecca Tucker ("Plaintiffs") and Defendant Wright Medical Technology, Inc. ("Defendant") (collectively, "the Parties") completed mediation on April 21, 2016;

WHEREAS, the Parties did not reach a settlement in connection with the April 21, 2016 mediation;

WHEREAS, the process of obtaining third party medical and other records has taken longer than anticipated;

WHEREAS, the Parties have not yet agreed upon and executed a Protective Order to govern discovery in this matter;

WHEREAS, the Parties have agreed to extend the discovery deadlines, and all corresponding deadlines including the pretrial and trial deadlines, in this case by nine (9) weeks, subject to the Court's approval and to the Court's calendar, in order to resolve their discovery disputes and complete discovery; and

WHEREAS, this is the first time modification in this case, whether by Court order or stipulation.

Pursuant to Local Civil Rule 6-2, the Parties stipulate and seek an order of the Court as follows:

The pretrial and trial deadlines for this case shall be modified as set forth herein.  All dates not modified by this stipulation and order remain as previously set by the Court.

| Event | Date |
|---|---|
| Deadline to Complete Initial Expert Disclosures | July 22, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | August 5, 2016 |
| Close of Fact & Expert Discovery | August 19, 2016 |
| Deadline to Hear Dispositive Motions | October 6, 2016 at 2:00 p.m. |
| Pretrial Conference | January 3, 2017 at 3:00 p.m. |
| Jury Trial | January 17, 2017 at 8:30 a.m., 7 days |

IT IS SO STIPULATED.

Dated: May 5, 2016         MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO P.C.

By: */s/Daniel J. Herling*
Daniel J. Herling
djherling@mintz.com
44 Montgomery Street
San Francisco, CA 94104
*Attorneys for WRIGHT MEDICAL TECHNOLOGY INC.*

Dated: May 5, 2016         MALM FAGUNDES

By: */s/Joseph H. Fagundes*
Joseph H. Fagundes
joef@cmf-law.com
6 South El Dorado Street, Suite 315
Stockton, CA 95202
*Attorneys for GREGORY K. TUCKER and REBECCA TUCKER*

### ATTESTATION REGARDING SIGNATURES

I, Daniel J. Herling, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized their signature on the filing.

### ORDER

Pursuant to stipulation, it is so ordered.

Dated: May 6, 2016

47713140v.1



DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.