Joseph H. Fagundes, Esq. #95264
Thomas M. Gray, Esq. #265212
MALM FAGUNDES LLP
6 El Dorado South, Suite 315
Stockton, CA  95202
Telephone: (209) 870-7900
Fax: (209) 870-7922

Attorneys for Plaintiffs
GREGORY K. TUCKER and REBECCA TUCKER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., WRIGHT MEDICAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  3:15-CV-03930-HSG<br><br>**REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:       May 10, 2016<br>Time:      2:00 p.m.<br>Judge:    Hon. Haywood S. Gilliam |

Plaintiffs respectfully seek the Court's permission for counsel, Joseph H. Fagundes, to appear and participate telephonically at the Case Management Conference, scheduled for May 10, 2016, at 2:00 p.m.

Plaintiffs received notice on Friday, May 6, 2016, at approximately 11:00 a.m. for the Further Case Management Conference set for Tuesday, May 10, 2016, at 2:00 p.m. Plaintiff's lead counsel has prior obligations in Stockton, California on Tuesday which cannot be postponed and would not likely be able to get back in time from the Further Case Management Conference in San Francisco.

Accordingly, Plaintiffs respectfully request an Order from this Court allowing its counsel to appear by telephone at the Further Case Management Conference.

1  Dated: May 9, 2016                                               MALM FAGUNDES

    By: */s/* Joseph H. Fagundes
       Joseph H. Fagundes
       Attorneys for Plaintiffs GREGORY K.
       TUCKER and REBECCA TUCKER

### ORDER

IT IS ORDERED that counsel for Plaintiffs GREGORY K. TUCKER and REBECCA TUCKER may appear telephonically at the Further Case Management Conference set for May 10, 2016. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:   May 9, 2016

_____
Hon. Haywood S. Gilliam Jr.
United States District Court Judge