IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  -  SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY   K.   TUCKER   and   REBECCA TUCKER,<br><br>           Plaintiffs,<br><br>vs.<br><br>WRIGHT  MEDICAL  TECHNOLOGY,  INC., and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 3:15-CV-03930-HSG<br><br>**ORDER REGARDING STIPULATED PARTIAL DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  July 23, 2015<br>Trial Date:  November 14, 2016 |

**ORDER REGARDING STIPULATED PARTIAL DISMISSAL WITH PREJUDICE**

The Court, having considered the Joint Stipulation of Partial Dismissal with Prejudice filed concurrently hererin, **HEREBY ORDERS AS FOLLOWS**:

1.      Any and all of Plaintiffs' claims premised upon a theory of failure to warn or manufacturing defect, whether sounding in negligence or strict products liability, including Causes of Action 1 and 3 of their Complaint, are hereby dismissed with prejudice;

2.      Wright Medical Technology Inc.'s Motion for Partial Summary Judgment (Docket Number 46) is dismissed as moot; and

3.      Each party will bear its own attorneys' fees and costs with respect to the claims dismissed herein.

IT IS SO ORDERED.


Dated:  August 9, 2016


By: _Haywood S. Gilliam Jr._____
     Hon. Haywood S. Gilliam, Jr.
     United States District Court