Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER AND REBECCA TUCKER<br><br>Plaintiff(s),<br><br>v.<br><br>WRIGHT MEDICAL TECHONOLOGY, INC. AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendant(s). | Case No: 3:15-CV-03930-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Melissa D. Krepps, an active member in good standing of the bar of the Federal District Court for the Southern District of FL, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wright Medical Technology, Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Herling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>The Bleakley Bavol Law Firm<br>15170 N. Florida Avenue<br>Tampa, Florida 33613 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Mintz Levin Cohn Ferris Glovsky and Popeo PC<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94101 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>813-221-3579 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-432-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>mkrepps@bleakleybavol.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>DJHerling@mintz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0595551.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

/s/ Melissa D. Krepps
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Melissa D. Krepps is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/13/2016

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Melissa DeAnn Krepps**, Florida Bar # **595551**, was duly admitted to practice

in this Court on **April 17, 2006**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on September 08, 2016

_____
**Steven M. Larimore**
*Court Administrator • Clerk of Court*