Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER AND REBECCA TUCKER | ) )  Case No: 3:15-CV-03930-HSG |
| Plaintiff(s), | ) ) ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| WRIGHT MEDICAL TECHONOLOGY, INC. AND DOES 1 THROUGH 10, INCLUSIVE | ) **PRO HAC VICE** ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) ) |

I, Charles D. Bavol                , an active member in good standing of the bar of  the Federal District Court for the Southern District of FL, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wright Medical Technology, Inc.              in the above-entitled action. My local co-counsel in this case is Daniel J. Herling                , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:  The Bleakley Bavol Law Firm  15170 N. Florida Avenue  Tampa, Florida 33613 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:  Mintz Levin Cohn Ferris Glovsky and Popeo PC  44 Montgomery Street, 36th Floor  San Francisco, CA 94101 |
|---|---|
| MY TELEPHONE # OF RECORD:  813-221-3579 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:  415-432-6000 |
| MY EMAIL ADDRESS OF RECORD:  cbavol@bleakleybavol.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:  DJHerling@mintz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0776701        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  10/12/16                                      */s/ Charles D. Bavol*
                                                                              APPLICANT

---

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Charles D. Bavol         is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  10/13/2016                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,**    Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Charles Dennis Bavol**, Florida Bar # **776701**, was duly admitted to practice

in this Court on **August 05, 1991**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on October 07, 2016

_____

**Steven M. Larimore**
*Court Administrator • Clerk of Court*