UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-03930-HSG<br><br>**ORDER REGARDING BRIEFING AND HEARING ON DEFENDANT'S DAUBERT MOTIONS**<br><br>Re: Dkt. No. 79 |

On October 11, 2016, Defendant Wright Medical Technology filed four Daubert motions to exclude testimony, *see* Dkt. Nos. 60-67, and five other motions in limine, *see* Dkt. Nos. 68-72. On October 13, 2016, Defendant filed a motion to shorten time to hear Defendant's Daubert motions. *See* Dkt. No. 79.

The Court construes Defendant's Daubert motions as motions in limine under the Court's Civil Pretrial and Trial Standing Order.  Accordingly, Defendant's Daubert motions will be heard at the November 1, 2016 pretrial conference. *See* Civil Pretrial and Trial Standing Order ¶ 24. Plaintiffs may file responses of no more than twenty-fives pages each by October 24, 2016, and Defendant will not be permitted a reply. *See id.* ¶ 23.  In light of the foregoing, the Court DENIES AS MOOT Defendant's motion to shorten time. Dkt. No. 79.

**IT IS SO ORDERED.**

Dated: 10/14/2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge