Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gregory K. and Rebecca Tucker )
                              Plaintiff(s), )
    v. )
Wright Medical Technology, Inc. et al. )
                              Defendant(s). )

Case No: 3:15-cv-03930

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Tiffany L. Carpenter, an active member in good standing of the bar of USDC NDIL - ED, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wright Medical Technology, Inc. in the above-entitled action. My local co-counsel in this case is Daniel H. Herling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Howard & Howard Attorneys PLLC, 200 S. Michigan Ave., #1100, Chicago, IL 60604 | Mintz Levin Cohn Ferris Glovsky Popeo PC, 44 Montgomery St. 36 Fl. San Francisco, CA 94101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 456-3421 | (415) 432-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tlc@h2law.com | djherling@mintz.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6292517.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/20/16

                                        Tiffany L. Carpenter
                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Tiffany L. Carpenter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/20/2016

                                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Tiffany Leigh Carpenter

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Tiffany Leigh Carpenter was duly admitted to practice in said Court on (03/25/2008) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/13/2016 )

Thomas G. Bruton , Clerk,

By: *Amanda Scherer*
Deputy Clerk