1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

GREGORY K. TUCKER, et al.,

Case No.  15-cv-03930-HSG

Plaintiffs,

8
9

v.

**CONDITIONAL ORDER OF DISMISSAL**

WRIGHT MEDICAL TECHNOLOGY, INC.,

10

Re: Dkt. No. 113

11

Defendant.

12
13

The Court having been advised that the parties have agreed to a settlement of this case,

14

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however,

15

that if any party hereto shall certify to this Court, with proof of service of a copy thereon on

16

opposing counsel, within 90 days from the date hereof, that the agreed consideration for said

17

settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall

18

forthwith be restored to the calendar to be set for trial.

19
20

Dated:   November 3, 2016

21
22
23

HAYWOOD S. GILLIAM, JR.
United States District Judge

24
25
26
27
28

United States District Court
Northern District of California